Date: 8-8-2015          82,778-01

CCA#:          WR-82, 778-01

Tarrant County Writ #:    C-396-010272-1152016-A

RECEIVED IN
COURT OF CRIMINAL APPEALS

AUG 14 2015

Abel Acosta, Clerk

To the Honorable Clerk of the Texas Court of Criminal Appeals:

   Hello. My name is Desmond Ledet, TDCJ#01651095. I presently have an 11.07 in your court. This is a letter to humbly request an update on my writ. **I simply want to know if the writ is still pending im your court.** This request is not to disturb or rush the Court in any manner. I pray that the honorable Court will take as much time as needed to justify granting me the relief I seek. Please simply write me back and let me know the current status. Thankyou and God Bless you.

Enclosed is a self-addressed stamped envelope for your easy convenience to cover the postage of your response.

                              Respectfully.

                              Requested,

                              Desmond Ledet